AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____  DISTRICT OF  _____ CALIFORNIA _____

UNITED STATES OF AMERICA,
                  Plantiff,

        V.

MARIO RAYMOND FERNANDEZ,
                  Defendant.

**APPEARANCE**

Case Number:  07MJ8976-01

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    MARIO RAYMOND FERNANDEZ

    I certify that I am admitted to practice in this court.PRO HAC VICE.

/s/ LINDA LOPEZ

| 12/14/2007 | |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

| 225 Broadway, Suite 900 |
|---|
| Address |

| San Diego, | CA  92101 | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 14, 2007                         _____/s/  Linda Lopez_____
                                                 LINDA LOPEZ
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail: Linda_Lopez@fd.org