1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3405-W |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MARIO RAYMOND FERNANDEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by TIMOTHY R. GARRISON, that I am replacing LINDA LOPEZ as counsel on appeal in this case.

Respectfully submitted,

Dated: January 25, 2008        /s/ *Timothy R. Garrison*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: January 25, 2008        /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)