**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3405-W |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **MARIO RAYMOND FERNANDEZ**, | ) | **AS LEAD ATTORNEY** |
| Defendant. | ) | |

Notice is hereby given by **CANDIS L. MITCHELL**, Federal Defenders of San Diego, Inc., that:

** I am replacing **TIMOTHY R. GARRISON**, as lead counsel on this case.

Respectfully submitted,

Dated: February 6, 2008

/s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fernandez
Candis_Mitchell@fd.org

1

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  February 6, 2008                         */s/  Candis Mitchell*
                                                   **CANDIS L. MITCHELL**
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA  92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   Candis_Mitchell@fd.org