**APPENDIX OF EXHIBITS**

<u>United States v. Mario Raymond Fernandez</u>

07cr3405-W

Exhibit A, Reporter's Partial Transcript of the Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . .  1

Exhibit B, Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . . . 35