FILED
08 MAR 12 PM 4:39
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3405-W |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| | ) **(Superseding)** |
| v. | ) |
| MARIO RAYMOND FERNANDEZ (1), | ) Title 8, U.S.C., |
| ERNESTO FLORES-BLANCO (2), | ) Secs. 1324(a)(1)(A)(i) and |
| | ) (v)(I) - Conspiracy to Bring In |
| | ) Illegal Aliens; Title 8, U.S.C., |
| Defendants. | ) Sec. 1324(a)(2)(B)(ii) - Bringing |
| | ) in Illegal Aliens for Financial |
| | ) Gain; Title 18, U.S.C., Sec. 2 - |
| | ) Aiding and Abetting; Title 8, |
| | ) U.S.C., Secs. 1324(a)(1)(A)(iv) |
| | ) and (v)(II) - Inducing and |
| | ) Encouraging Illegal Aliens to |
| | ) Enter the United States and Aiding |
| | ) and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including December 10, 2007, within the Southern District of California, and elsewhere, defendants MARIO RAYMOND FERNANDEZ and ERNESTO FLORES-BLANCO, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to knowingly bring in illegal aliens to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(I).

DDL:nlv:Imperial
3/12/08

<u>Count 2</u>

On or about December 10, 2007, within the Southern District of California, defendants MARIO RAYMOND FERNANDEZ and ERNESTO FLORES-BLANCO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alejandro Portillo-Mendoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 3</u>

On or about December 10, 2007, within the Southern District of California, defendants MARIO RAYMOND FERNANDEZ and ERNESTO FLORES-BLANCO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Alejandro Portillo-Mendoza, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: March 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney