```
 1  CANDIS MITCHELL
    California State Bar No. 242797
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Candis_Mitchell@fd.org

 5  Attorneys for Mr. Mario Raymond Fernandez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3405-W |
| Plaintiff, | DATE: March 17, 2008<br>TIME: 2:00 p.m. |
| v. | |
| MARIO RAYMOND FERNANDEZ, | DECLARATION IN SUPPORT OF<br>DEFENDANT'S MOTION TO SUPPRESS |
| Defendant. | STATEMENTS |

TO: KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY; AND
DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, the defendant, Mario Raymond Fernandez, by and through his attorneys, Candis Mitchell, and Federal Defenders of San Diego, Inc., and hereby files the instant Declaration in Support of Defendant's Motion to Suppress Statements.

Respectfully Submitted,

*s/ Candis Mitchell*

DATED: March 14, 2008      **CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mario Raymond Fernandez