```
 1  CANDIS MITCHELL
    California State Bar No. 242797
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Candis_Mitchell@fd.org
```

Attorneys for Mr. Mario Raymond Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr3405-W |
| Plaintiff, | ) ) | DATE: March 17, 2008<br>TIME: 2:00 p.m. |
| v. | ) ) | |
| MARIO RAYMOND FERNANDEZ, | ) ) | DECLARATION OF MARIO RAYMOND FERNANDEZ |
| Defendant. | ) ) | |

I, Mario Raymond Fernandez, declare:

1. I am the defendant in the above-captioned case pending before the Court;

2. This declaration is made in support of my motion to suppress statements and to suppress any evidence obtained after my warrantless arrest;

3. I live in Calexico, California, close to the International Border;

4. It is common to see United States Customs and Border Patrol agents in my neighborhood;

5. On the evening of December 9, 2007, I was walking in a neighborhood adjacent to the border to look for some of my friends;

6. During the course of the evening, I stopped at various addresses to look for my friends and relatives;

7. I was arrested by the Border Patrol when I was going to go see another friend;

8. I was not near the area where the agents later said they arrested an undocumented individual;

9. I was not engaged in assisting any undocumented individuals to come from Mexico into the United States;

10. After I was arrested the agents put me in a cell;

11. Prior to questioning me, they told me that they were going to get me and fuck me over;

12. The agents also stripped searched me and humiliated me for no reason.

Dated: _____          *Mario Fernandez 3/13/2008*
                                      Mario Raymond Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr3405-W |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| MARIO RAYMOND FERNANDEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    David Leshner                    Sylvia Baez
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

and mailed to:

    Mario Raymond FERNANDEZ
    Reg. No.: 96207-198
    GEO
    220 W. C St.
    San Diego, CA, 92101

Dated: March 14, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org