```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witness

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     (Magistrate Jan M. Adler)

11  UNITED STATES OF AMERICA,    )  CASE NO. 07CR3405
                                 )           07MJ8976
12                               )
                      Plaintiff, )  NOTICE OF MOTION; MOTION FOR
13                               )  VIDEOTAPE DEPOSITION AND
    vs.                          )  SUBSEQUENT VOLUNTARY DEPORTATION
14                               )  OF MATERIAL WITNESS; MEMORANDUM
    Mario Raymond Fernandez (1), )  OF POINTS AND AUTHORITIES AND
15  Ernesto Flores-Blanco (2),   )  DECLARATION OF THOMAS G. GILMORE
                                 )  IN SUPPORT THEREOF
16                               )
                                 )  DATE: April 22, 2008
17                    Defendants.)  TIME: 10:30 a.m.
    _____)  PLACE: Courtroom of Magistrate
18                                         Jan M. Adler
```

19      TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

20  RECORD:

21      PLEASE TAKE NOTICE that on April 22 ,2008 or as soon thereafter

22  as the matter may be heard, material witness, Alejandro Portillo-

23  Mendoza, will move the Court for an Order that he be subjected to

24  a videotape deposition prior to trial and subsequent voluntary

25  deportation.

26      This motion will be based on 18 U.S.C. 3144 in that the

27  witness' testimony can be adequately secured by deposition and

28  further detention is not necessary to prevent a failure of justice.

1  This motion is further based on this notice of motion, the
2  memorandum of points and authorities and declaration of Thomas G.
3  Gilmore filed herewith, and as such other and further evidence as
4  may be presented at the hearing of the motion.
5                                        Respectfully submitted,
6  DATED: 4/3/08                         /ss/Thomas G. Gilmore
                                          THOMAS G. GILMORE, Attorney for
7                                         Material Witnesses