1 | THOMAS G. GILMORE, ESQ.
State Bar No. 91984
2 | LAW OFFICES OF THOMAS G. GILMORE
3232 FOURTH AVENUE
3 | SAN DIEGO, CALIFORNIA 92103
(619) 426-4444
4 |
5 | Attorney for Material Witness
6 |
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   SOUTHERN DISTRICT OF CALIFORNIA
10 |                     (Magistrate Jan M. Adler)
11 | UNITED STATES OF AMERICA,    ) CASE NO.  07CR3405
                                 )           07MJ8976
12 |                  Plaintiff,  )
                                 ) DECLARATION OF THOMAS G. GILMORE
13 | vs.                         ) IN SUPPORT OF MOTION FOR
                                 ) VIDEOTAPE DEPOSITION AND
14 | Mario Raymond FERNANDEZ (1), ) SUBSEQUENT VOLUNTARY DEPORTATION
                                 ) OF MATERIAL WITNESSES
15 |  Ernesto FLORES-Blanco (2),  )
                                 ) DATE:  April 22, 2008
16 |                  Defendants. ) TIME:  10:30 a.m.
    _____) PLACE: Courtroom of Magistrate
17 |                                        Jan M. Adler

18 |      I, Thomas G. Gilmore declare:

19 |      I am an attorney duly licensed to practice before all the

20 | courts of this State, District and Circuit, and am the attorney of

21 | record for the material witness in the above action, Alejandro

22 | PORTILLO-Mendoza.

23 |      I have personal knowledge of the facts set forth in this action

24 | and could testify competently thereto if called.

25 |      My client in this action has been in federal custody since

26 | December 10, 2007because he cannot locate anyone to post bond for

27 | him.

28 |      My client entered the United States to find work to support

                                   1

1  family members at home in Mexico.  Each day he remains in custody is

2  an additional hardship on himself and his family.

3       Based on the above it respectfully requested that this motion

4  be granted, that said deposition take place at the earliest possible

5  time, and that my client be allowed to voluntarily return home to

6  Mexico immediately thereafter.

7       I declare under the penalty of perjury under the laws of the

8  State of California that the foregoing is true and correct of my own

9  personal knowledge except as to those matters stated to be based

10 upon information and belief and, as to those matters, I am informed

11 and believe that they are true and correct.

12      Executed this 3rd of April, 2008, in San Diego, California.

13                              /ss/ Thomas G. Gilmore
                                THOMAS G. GILMORE, Attorney for
14                              Material Witness

15

16

17

18

19

20

21

22

23

24

25

26

27

28