```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4
 5  Attorney for Material Witness
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO.  07CR3405
                                 )            07MJ8976
12              Plaintiff,       )
                                 )  CERTIFICATE OF SERVICE
13  vs.                          )
                                 )
14  Mario Raymond Fernandez (1), )
                                 )
15  Ernesto Flores-Blanco (2),   )
                                 )
16              Defendants.      )
    _____)
17
18      I, hereby certify that on today's date, I electronically filed
19  the attached documents with the Clerk of the Court using the CM/ECF
20  system, which will automatically send electronic notification of
21  such filing and a copy of such filings to the following:
22      US Attorney: david.leshner@usdoj.gov
23      Defendants Attorney: candis_Mitchell@fd.org
24                           sbaiz@scifi.com
25  Date:  April 3, 2008
26  By:  /ss/Thomas G. Gilmore
         THOMAS G. GILMORE, Attorney for
27       Material Witness
28

                                 1
```