MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT LIST</u>

| | USA | | VS | Fernandez/Flores-Blanco |
|---|---|---|---|---|
| Plaintiff | Defendant | Court | Type of Hearing: | Motion Hearing |
| | | | Case Number: | 07CR3405-W |

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 4/28/08 | 4/28/08 | Map of Area of Arrest |
| B | 4/28/08 | 4/28/08 | Map of border |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1
K:\COMMON\CRT_CLRK\WHELAN\07-3405 MHexhibit list.wpd