THOMAS G. GILMORE, ESQ.
State Bar No. 91984
LAW OFFICES OF THOMAS G. GILMORE
3232 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92103
(619) 426-4444

Attorney for Material Witness

FILED
08 JUN 19 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY          cp          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 07CR3405 |
| | )          07MJ8976 |
| Plaintiff, | ) |
| vs. | ) ORDER RELEASING |
| | ) MATERIAL WITNESS |
| Mario Raymond Fernandez (1), | ) |
| Ernesto Flores-Blanco (2), | ) |
| Defendants. | ) |

On application of Thomas G. Gilmore, attorney for the material witness, with agreement of all parties and their respective attorneys of record;

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as material witness be released from custody (Deposition taken):

1. Alejandro Portillo-Mendoza.

DATED: 6/19/08

_____
UNITED STATES DISTRICT COURT
Magistrate Judge

/////
/////

1